**ORIGINAL**

B 10A (Attachment A) (12/11)

FILED

SEP 17 2013

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

# Mortgage Proof of Claim Attachment

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See Bankruptcy Rule 3001(c)(2).

| | | | |
|---|---|---|---|
| Name of debtor: | Timothy David Heinze | Case number: | 6:13-bk-14332-WJ |
| Name of creditor: | ACAC, Inc. | Last four digits of any number you use to identify the debtor's account: | 8  8  0  6 |

## Part 1: Statement of Principal and Interest Due as of the Petition Date

Itemize the principal and interest due on the claim as of the petition date (included in the Amount of Claim listed in Item 1 on your Proof of Claim form).

1. Principal due (1) $ 15,800.00

2. Interest due

| Interest rate | From mm/dd/yyyy | To mm/dd/yyyy | Amount |
|---|---|---|---|
| _____% | 11/23/2010 | 03/12/2013 | $ 900.00 |
| _____% | 03/21/2011 | 03/12/2013 | $ 1,350.00 |
| _____% | _____ | _____ | + $ _____ |
| | Total interest due as of the petition date | | $ 2,250.00 |

Copy total here ▶ (2) + $ 2,250.00

3. Total principal and interest due (3) $ 18,050.00

## Part 2: Statement of Prepetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges due on the claim as of the petition date (included in the Amount of Claim listed in Item 1 on the Proof of Claim form).

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ 0.00 |
| 3. Attorney's fees | Various | (3) | $ 8,071.50 |
| 4. Filing fees and court costs | _____ | (4) | $ 0.00 |
| 5. Advertisement costs | _____ | (5) | $ 0.00 |
| 6. Sheriff/auctioneer fees | _____ | (6) | $ 0.00 |
| 7. Title costs | _____ | (7) | $ 0.00 |
| 8. Recording fees | Various | (8) | $ 87.00 |
| 9. Appraisal/broker's price opinion fees | _____ | (9) | $ 0.00 |
| 10. Property inspection fees | _____ | (10) | $ 0.00 |
| 11. Tax advances (non-escrow) | _____ | (11) | $ 0.00 |
| 12. Insurance advances (non-escrow) | _____ | (12) | $ 0.00 |
| 13. Escrow shortage or deficiency (Do not include amounts that are part of any installment payment listed in Part 3.) | _____ | (13) | $ 0.00 |
| 14. Property preservation expenses. Specify:_____ | _____ | (14) | $ 0.00 |
| 15. Other. Specify:_____ | _____ | (15) | $ 0.00 |
| 16. Other. Specify:_____ | _____ | (16) | $ 0.00 |
| 17. Other. Specify:_____ | _____ | (17) + | $ 0.00 |
| 18. Total prepetition fees, expenses, and charges. Add all of the amounts listed above. | | (18) | $ 26,208.50 |

## Part 3. Statement of Amount Necessary to Cure Default as of the Petition Date

**Does the installment payment amount include an escrow deposit?**

☑ No

☐ Yes    Attach to the Proof of Claim form an escrow account statement prepared as of the petition date in a form consistent with applicable nonbankruptcy law.

---

1. **Installment payments due**

   Date last payment received by creditor    _____
   mm/dd/yyyy

   Number of installment payments due    (1)    0    _____

2. **Amount of installment payments due**

   _____ installments @    $ _____

   _____ installments @    $ _____

   _____ installments @    + $ _____

   Total installment payments due as of the petition date    $ _____ 0.00    Copy total here ▶  (2)  $ _____ 0.00

3. **Calculation of cure amount**

   <u>Add</u> total prepetition fees, expenses, and charges    Copy total from Part 2 here ▶    + $ _____ 26,208.50

   <u>Subtract</u> total of unapplied funds (funds received but not credited to account)    - $ _____ 0.00

   <u>Subtract</u> amounts for which debtor is entitled to a refund    - $ _____ 0.00

   Total amount necessary to cure default as of the petition date    (3)  $ _____ 26,208.50

   Copy total onto Item 4 of Proof of Claim form